

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00027-CR

———————————————

DARRELL WAYNE INGRAM, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 2
Tarrant County, Texas
Trial Court No. 1645344

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

After receiving Appellant Darrell Wayne Ingram's pro se notice of appeal, we sent a letter on March 25, 2022, stating our concern that we lacked jurisdiction over this appeal because the trial court has not entered any appealable orders.[1] We gave the parties fourteen days from the date of our letter to file a response showing grounds for continuing the appeal. We stated that unless we received a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 43.2(f), 44.3. No party responded. Because there is no appealable order, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

Per Curiam

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: May 19, 2022

---

[1]Ingram attached to his notice of appeal his pro se "Motion To Enter Plea Of Guilty For Time Served On Misdemeanor Assault." He did not attach an order, nor did he specify any order that he is appealing. The Tarrant County District Clerk's online database does not show that any orders have been entered.